B1 (Official Form 1) (12/07)

| United States Bankruptcy Court<br>Western District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor: **Delbert William Karns** | Name of Joint Debtor: **Ruth A. Karns** |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**Bill Karns, D. William Karns** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names):<br>**none** |
| Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **4839** | Last four digits of Social-Security/Complete EIN or other Tax-I.D. No. (if more than one, state all): **0009** |
| Street Address of Debtor (No. and Street, City, and State):<br>**410 Frost Woods Rd.**<br>**Monona, WI 53716** ZIP CODE **53716** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**410 Frost Woods Rd.**<br>**Monona, WI 53716** ZIP CODE **53716** |
| County of Residence or of the Principal Place of Business: **Dane** | County of Residence or of the Principal Place of Business: **Dane** |
| Mailing Address of Debtor (if different from street address): ZIP CODE | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |

Location of Principal Assets of Business Debtor (if different from street address above): ZIP CODE

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors** N/A
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**                                THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] Over 100,000

Estimated Assets
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [X] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

Estimated Liabilities
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [X] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

B1 (Official Form 1) (12/07) — Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: N/A | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: N/A | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>N/A<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  /s/Kenneth J. Doran    9/23/10<br>Signature of Attorney for Debtor(s)     (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

X  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1                                              Form B1, Page 3

EXHIBIT D - INDIVIDUAL DEBTORS' STATEMENT OF COMPLIANCE WITH CREDIT
           COUNSELING REQUIREMENT

1. Within the 180 days before the filing of my bankruptcy case, we received
a briefing from a credit counseling agency approved by the United States
trustee or bankruptcy administrator that outlined the opportunities for
available credit counseling and assisted us in performing a related budget
analysis, and we have a certificates from the agency describing the
services provided to us. Attached are copies of the certificates and a
copy of any debt repayment plan developed through the agency.


We declare under penalty of perjury that the information provided in
this petition, consisting of this and the preceding pages, is true
and correct.

We are aware that we may proceed under chapter 7, 11, 12, or 13 of Title
11,  U.S. Code, and understand the relief available under each such
chapter and choose to proceed under the chapter stated in the petition.
We have obtained and read the notice required by 11 U.S.C. §342(6).


We request relief in accordance with the chapter of the Bankruptcy Code
specified in the petition.

September 23, 2010          _D. Will Karns_____
                            Delbert William Karns

September 23, 2010          _Ruth A. Karns_____
                            Ruth A. Karns

                        SIGNATURE OF ATTORNEY*

September 23, 2010          /s/Kenneth J. Doran_____
                            Kenneth J. Doran
                            Doran Law Offices
                            2101 Fox Avenue
                            Madison, WI  53711-1920

*In a case in which Sec 707(b)(4)(D) applies, this signature also constitutes a  certification that the attorney has no
knowledge after an inquiry that the information in the schedules is incorrect.
Penalty for making a false statement or concealing property: fine of up to $500 or imprisonment for up to 5 years or both.

Petitioners: Delbert William Karns, Ruth A. Karns    Case No. ____

## United States Bankruptcy Court for the Western District of Wisconsin

### Summary of Schedules

| Name of Schedule | Attached | No. of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A. Real property | yes | 1 | $ 180,000.00 | | |
| B. Personal property | yes | 2 | $ 27,087.20 | | |
| C. Property claimed as exempt | yes | 1 | | | |
| D. Creditors holding secured claims | yes | 1 | | $ 248,000.00 | |
| E. Creditors holding unsecured priority claims | yes | 1 | | $ 0 | |
| F. Creditors holding unsecured non-priority claims | yes | 2 | | $ 45,427.35 | |
| G. Executory contracts and unexpired leases | yes | 1 | | | |
| H. Co-debtors | yes | 1 | | | |
| I. Current income of individual debtors | yes | 1 | | | $ 5,833.39 |
| J. Current expenditures of individual debtors | yes | 1 | | | $ 5,427.92 |
| K. Current monthly income from Form 22 | yes | 2 | | | $ 2,948.49 |
| Total sheets | | 14 | | | |
| Total assets | | | $ 207,087.20 | | |

Total liabilities       $ 293,427.35

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

Petitioners: Delbert William Karns, Ruth A. Karns    Case No. \_\_\_\_

**STATISTICAL SUMMARY OF CERTAIN LIABILITIES/RELATED DATA (28 USC 159)**

This information is for statistical purposes only under 28 U.S.C. Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Sch. E) | $ 0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | $ 0 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $ 0 |
| Student Loan Obligations (from Sch. F) Schedule F) | $ 0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0 |
| TOTAL | $ 0 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I.16) | $ 5,833.39 |
| Average Expenses (from Schedule J.18) | $ 5,427.92 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 2,948.49 |

State the following:

| | |
|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | $ 48,000.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0 |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | $ 0 |
| 4. Total from Schedule F | $ 45,427.35 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | $ 93,427.35 |

SCHEDULE A -- REAL PROPERTY

| Description | Nature of petitioners' interest | Value | Approx. total liens (see Sch. D) |
|---|---|---|---|
| 410 Frost Woods Rd<br>Monona, WI  53716<br>Second Add.,<br>Sylvan Estates, Lot 61,<br>City of Monona,<br>Dane County, Wisconsin | owners | $180,000.00 | $248,000.00 |

SCHEDULE B -- PERSONAL PROPERTY

1. Cash on hand . . . . . . . . . . . $     250.00

2. Checking and savings accounts, CD's or similar accts. $     533.20
    Monona State Bank     checking  $132.53  7/26/10
    5515 Monona Dr.       savings   $140.67  7/26/10
    Monona, WI   53716    savings   $260.00  7/26/10

3. Security deposits with landlord, utilities, etc. . $       0

4. Household goods and furnishings . . . . . $   3,350.00
    refrigerator, $250; stove, $100; tv, $300;
    sofa/loveseat, $100; computer, $50;
    living room furniture, $1,200; bedroom
    sets, $350; washer/dryer, $100; furniture,
    $250; kitchen items, $150; household goods,
    $500

5. Books, pictures, artwork, antiques, collections . $     150.00

6. Wearing apparel . . . . . . . . . $     250.00

7. Furs and jewelry . . . . . . . . . $      50.00

8. Firearms and sports, photographic, and hobby equipment $     500.00

9. Interests in insurance policies . . . . . $       3.00
    two whole life insurance policies; minimal value

10. Annuities . . . . . . . . . . . $       0

11. Education IRA or similar account . . . . . $       0

12. Other pension, IRA, Keough, profit sharing plans, etc. $       1.00
    pension account in payment status

13. Stocks and interests in corporations or businesses .   $ 14,000.00
    40 percent ownership in Karns Associates, Inc,
    which owns a 6.63 acre family vacation property
    in The Town of Radisson, Sawyer County, Wis.

14. Interests in partnerships or joint ventures    . .   $       0

15. Government or corporate bonds and other instruments   $       0

16. Accounts receivable   . . . . . . . .   $       0

17. Alimony, support, property settlement from divorce .   $       0

18. Tax refunds or other liquidated debts     . . .   $       0

19. Equitable or future interests or life estates, etc.   $       0

20. Interests in estate of decedent, life insurance, etc.   $       0

21. Other contingent and unliquidated claims, setoffs, etc. $       0

22. Patents, copyrights, or other intellectual property   $       0

23. Licenses, franchises and general intangibles  . .   $       0

24. Customer lists or similar business records .  . .   $       0

25. Automobiles, trucks, trailers, and other vehicles .   $   8,000.00
    2002 Chevrolet Impala, $3,000.00
    1999 Suburban, $5,000.00

26. Boats, motors, and accessories     . . . . .   $       0

27. Aircraft and accessories    . . . . . . .   $       0

28. Office equipment, furnishings, and supplies   . .   $       0

29. Business machinery, fixtures, furnishings and supplies $       0

30. Inventory  . . . . . . . . . . .   $       0

31. Animals with monetary value    . . . . . .   $       0

32. Crops growing or harvested    . . . . . .   $       0

33. Farming equipment and implements   . . . . .   $       0

34. Farming supplies, chemicals and feed    . . . .   $       0

35. Other personal property of any kind not already listed $       0

                                Total     $ 27,087.20

# SCHEDULE C -- PROPERTY CLAIMED AS EXEMPT

The petitioners elect the federal exemptions pursuant to 11 U.S.C. §522(b)(2).

All property is located at the petitioners' residence and kept for personal or household use, unless stated or implied otherwise.

Values of property as stated in Schedules A and B are incorporated by reference.

Some property may be exempt under more than one provision, and the petitioner claim any benefit arising from such alternative exemptions.

Petitioners claim all scheduled assets and all of petitioners' interest in such assets exempt. Particularly, and not by way of limitation, if the Amount Claimed below is equal to or greater than the value of the asset as stated in Schedules A and B; or if it is greater than petitioners' equity in such asset as shown by Schedules A, B, and D, then the petitioners claim the asset entirely exempt for the purposes of the rule of *Taylor v. Freeland & Kronz*, 503 U.S. 638, 112 S. Ct. 1644 (1992). Values in Schedules A and B are full fair market value (FMV) and 100 percent of FMV. Claims herein for such scheduled value or for net unencumbered value derived therefrom claim each such asset fully exempt pursuant to *Schwab v. Reilly*.

| Property | Statute 11 U.S.C. §522(d)--- | Amount Claimed |
|---|---|---|
| All property shown in Schedule B, 4.-8. | (3) | $ 4,300.00 |
| cash and accounts | (1)&(5) | $ 783.20 |
| homestead | (1) | $ 21,600.00 |
| 2002 Chevrolet Impala | (2) | $ 3,000.00 |
| 1999 Suburban | (2) | $ 3,450.00 |
|  | (1)&(5) | $ 1,650.00 |
| Karns Associates, Inc, | (1)&(5) | $ 14,000.00 |
| life insurance | (7)&(8) | $ 3.00 |
| pension account in payment | (b)(3)(C), (d)(10) | $ 1.00 |
| Any additional property or equity in above property that may exist | (1)&(5)   $ 7,516.80 | |
|  | Total claimed exempt | $ 48,787.20 |

Doran Law Offices    2101 Fox Avenue    Madison, WI  53711-1920    (608) 255-2409

Petitioners: Delbert William Karns, Ruth A. Karns     Page 1

Schedule D -- Creditors Holding Security
and Statement of Intention

The following creditors apparently hold security; security is not hereby conceded. Subject to further examination, the petitioner does not believe that any claim is contingent, unliquidated, or disputed unless so stated. The unsecured portion of each claim is the amount of the claim less collateral values, unless otherwise indicated. As to claims secured by personalty, the petitioner's intention is to reaffirm unless otherwise indicated. All statements of intention are dependent on the creditor asserting and documenting the existence, validity and amount of a security interest for which a statement is required; and upon agreement on mutually acceptable terms . The petitioner reserves the right to invoke any applicable lien avoidance provision.

| Creditor | Collateral, value | Amount of Claim |
|---|---|---|
| 1.        Acct. No. --9486 AHMSI P. O. Box 631730 Irving, TX  75063-1730 | loan homestead, $180,000 | $180,000.00 |

Mortgage no. 4037534, 04-04-2005; Unsecured portion: $4,000.00
Estimated arrearage, $4,000

| | | |
|---|---|---|
| 2.        Acct. No. Dane County Treasurer 210 M.L. King Blvd. Madison, WI  53703 | taxes homestead, $180,000 2009, 2010 | $4,000.00 |

Shown in tax ledger; Unsecured portion: $0

| | | |
|---|---|---|
| 3.        Acct. No. 1436 GMAC Mortgage 3451 Hammond Ave. Waterloo, IA  50704-0780 | loan homestead, $180,000 | $64,000.00 |

Mortgage no. 4323328; mortgage to be avoided, claim paid as unsecured; Unsecured portion: $64,000.00

|  |  |  |
|---|---|---|
| | Total for Schedule D | $248,000.00 |

Petitioners:  Delbert William Karns, Ruth A. Karns    Page 1

Schedule E -- Creditors Having Priority

    The following creditors apparently hold priority claims; priority is not hereby conceded.  The nature of the claim is taxes or tax penalty unless otherwise indicated.  Subject to further examination, the petitioners do not believe any claim is contingent, unliquidated, or disputed unless so stated.  The full amount is believed entitled to priority unless otherwise stated.  Subject to further examination, the debtors believe claims are community claims.

| Creditor | Amount of Claim |
|---|---|
| None | $ 0 |

Petitioners: Delbert William Karns, Ruth A. Karns    Case No. ____

Schedule F -- Unsecured Claims Without Priority           Page 1

| Creditor | Consideration | Date Incurred | Amount of Claim |
|---|---|---|---|

Subject to further examination, the petitioners do not believe any claim is contingent, unliquidated, disputed or subject to setoff unless so indicated.

------------------------------------------------------------

1.          Acct. No. --3604
Cabelas Visa Center                credit card            $4,100.00
Worlds Foremost Bank
P. O. Box 82609
Lincoln, NE  68501-2609

------------------------------------------------------------

2.          Acct. No. --3030
Capital One                        credit card            $4,000.00
P. O. Box 71083
Charlotte, NC  28272-1083

------------------------------------------------------------

3.          Acct. No. --7833
Capital One Bank                                            $603.35
P. O. Box 71083
Charlotte, NC  71083

------------------------------------------------------------

4.          Acct. No. --3608; --3507; --4329; --1031
Capital One Bank (USA) NA          credit card            $4,879.00
P. O. Box 60559
City of Industry, CA  91716-0599

------------------------------------------------------------

5.          Acct. No. --8598
Gander Mountain WFNNB              credit card            $5,300.00
P. O. Box 659569
San Antonio, TX  78265-9569

------------------------------------------------------------

6.          Acct. No. --3887; --9809
Juniper Card Services              goods                  $7,545.00
P. O. Box 13337
Philadelphia, PA  19101-3337

------------------------------------------------------------

7.          Acct. No.
Kohn Law Firm SC                                          duplicate
312 W. Wisconsin Ave. 501
Milwaukee, WI  53202-4305

   Attorneys for AHMSI

Petitioners: Delbert William Karns, Ruth A. Karns    Case No. ____

Schedule F -- Unsecured Claims Without Priority                 Page 2

| Creditor | Consideration | Date Incurred | Amount of Claim |
|---|---|---|---|
| 8.　　　　　Acct. No. --4527<br>North Shore Bank<br>15700 W. Bluemound Rd.<br>Brookfield, WI  53005 | | loan | $8,000.00 |
| 9.　　　　　Acct. No. --3846<br>U.S. Bank<br>P. O. Box 790408<br>St. Louis, MO  63179-0408 | | credit card | $7,400.00 |
| 10.　　　　Acct. No. --6060<br>WFNNB Sportsman's Guide<br>P. O. Box 659704<br>San Antonio, TX  78265-9704 | | credit card | $3,600.00 |

　　　　　　　　Total for Schedule F                                $45,427.35


　　Total liabilities, Schedules D, E, F                          $293,427.35

　　Total creditors (excluding duplicates), Sched. D, E, F              12

Petitioners: Delbert William Karns, Ruth A. Karns    Case No. ____

SCHEDULE G -- EXECUTORY CONTRACTS AND UNEXPIRED LEASES

All provisions under any executory contract or unexpired lease related to choice of law, venue or arbitration are hereby rejected.

| Name and address of other party | Description of contract |
|---|---|

None

---

SCHEDULE H -- CODEBTORS

| Name and address of codebtor | Name and address of creditor |
|---|---|

None

Petitioners: Delbert William Karns, Ruth A. Karns     Case No. ____

SCHEDULE I --CURRENT INCOME OF INDIVIDUAL DEBTOR

    Marital status:        Husband and wife filing jointly

    Dependents:   none

**Delbert William Karns**                                                                               **Ruth A. Karns**

| Delbert William Karns | | | Ruth A. Karns |
|---|---|---|---|
| retired | | Occupation or job title | telephone operator |
| | | Employer | Reserve America/ The Active Network |
| | | Employer's address | 10182 Telesis Ct. 3 San Diego, CA  9212 |
| | | How long employed there | ten years |
| | | How often are you paid? | bi-weekly |
| $ | 0 | Monthly gross | $ 631.82 |
| $ | 0 | Average overtime | $ 0 |
| $ | 0 | SUBTOTAL | $ 631.82 |
| | | Deductions | |
| $ | | Taxes and social security | $ 58.24 |
| $ | | Insurance | $ 0 |
| $ | | Union dues | $ 0 |
| $ | 0 | SUBTOTAL OF DEDUCTIONS | $ 58.24 |
| $ | 0 | NET MONTHLY TAKEHOME PAY | $ 573.58 |
| | | Other income (per month): | |
| $ | 0 | Other job or jobs | $ 0 |
| $ | 0 | Business or farm income | $ 0 |
| $ | 0 | Real property income | $ 0 |
| $ | 0 | Interest and dividends | $ 0 |
| $ | 0 | Alimony or child support | $ 0 |
| $ | 1,635.50 | Social security | $ 1,308.06 |
| $ | 0 | Pension or retirement income | $ 2,316.67 |
| $ | 0 | Other _____ | $ 0 |
| $ | 1,635.08 | TOTAL MONTHLY INCOME | $ 4,198.31 |

TOTAL COMBINED MONTHLY INCOME:   $   5,833.39

Describe any increase or decrease in income reasonably anticipated
to occur within the year following the filing of this document.
     likely reduction of work hours for Ruth

Petitioners: Delbert William Karns, Ruth A. Karns    Case No. ____

SCHEDULE J -- Current Expenditures

| | | |
|---|---|---:|
| 1. | Rent or mortgage.  $\quad$ includes real estate tax? no    insurance? no | $ 1,049.00 |
| 2. | a. Utilities-- Electricity and heat. | $ 292.00 |
| | b. Water and sewer | $ 49.00 |
| | c. Telephone, internet | $ 120.00 |
| | d. Cable TV | $ 60.00 |
| | e. Other utility | $ 0 |
| 3. | Home repairs and upkeep | $ 200.00 |
| 4. | Food. | $ 450.00 |
| 5. | Clothing. | $ 70.00 |
| 6. | Laundry and cleaning. | $ 150.00 |
| 7. | Medical and dental expenses | $ 600.00 |
| 8. | Transportation (other than car payment) | $ 350.00 |
| 9. | Recreation, entertainment, newspapers and magazines | $ 150.00 |
| 10. | Charitable contributions. | $ 12.50 |
| 11. | Insurance (not paid through mortgage or pay deduction) | |
| | a. Homeowner's or renters | $ 53.00 |
| | b. Life | $ 88.00 |
| | c. Health | $ 481.36 |
| | d. Auto | $ 173.06 |
| | e. Other. | $ 0 |
| 12. | Taxes (not paid through pay deduction or mortgage)  real estate taxes | $ 320.00 |
| | IRS, WDR, taxes on retirement income. | $ 560.00 |
| 13. | Installment payments to: | |
| | _____ | $ 0 |
| | _____ | $ 0 |
| 14. | Alimony or support | $ 0 |
| 15. | Business expenses (attach itemized list). | $ 0 |
| 16. | Reserve for irregular and unanticipated expenses | $ 100.00 |
| 17. | Other: miscellaneous, including cleaning supplies, vacation expenses, birthday gifts, Christmas gifts and grooming expenses | $ 50.00 |
| | Other: allowance for reduced income | $ 50.00 |
| | Other _____ | $ 0 |
| | Other _____ | $ 0 |
| 18. | Total: | $ 5,427.92 |

19. Any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: none known

| | | |
|---|---|---:|
| 20. | a. Total income from Schedule I | $ 5,833.39 |
| | b. Expenses from Line 18 above | $ 5,427.92 |
| | c. Monthly net income | $ 405.47 |

**Petitioners: Delbert William Karns, Ruth A. Karns    Case No. \_\_\_\_**

**Form 7. STATEMENT OF FINANCIAL AFFAIRS**

**1. Income from employment or operation of business**   State the gross amount of income the debtors have received from employment, trade, or profession, or from operation of the debtors' business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year.

| Source | 2010 amount | 2009 amount | 2008 amount |
|---|---|---|---|
| Reserve AM | 3,980.00 | 6,848.00 | 5,420.00 |

**2. Income other than from employment or operation of business**
State the amount of income received by the debtors other than from employment, trade, profession, or operation of the debtors' business during the two years immediately preceding the commencement of this case. Give particulars.

| Source | 2010 amount | 2009 amount |
|---|---|---|
| Social Security H | 9,813.00 | 19,626.00 |
| Social Security W | 7,492.00 | 16,108.00 |
| Wis. Retirement | 16,217.00 | 27,800.00 |

**3.a. Payments to creditors**   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Creditors addresses and remaining balances appear on schedules D, E or F unless otherwise indicated).
Name and address of Creditor     Dates of payments     Amount paid     Amount still owing

**None**

**3.b.**   b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. (Creditors addresses and remaining balances appear on schedules D, E or F unless otherwise indicated).
Name and address of Creditor     Dates of payments     Amount paid     Amount still owing

**N/A**

**3.c.**   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Creditors addresses and remaining balances appear on schedules D, E or F unless otherwise indicated).
Name and address of Creditor and Relationship to Debtor    Dates of payments    Amount paid    Amount still owing

**None**

**Petitioners: Delbert William Karns, Ruth A. Karns    Case No. _____**

    **4.a.** <u>**Suits and administrative proceedings, executions, garnishments and attachments**</u>   a.   List all suits and administrative proceedings to which the debtors are or were parties within one year immediately preceding the filing of this bankruptcy case.
Caption of suit and case number    nature of proceeding    court or agency and location    status or disposition

    Capital One Bank USA NA vs. Delbert Karns
    2010CV001641
    03-26-2010
    Dane County Circuit Court
    Closed

    **4.b.**   Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case.
Name and address of person whose benefit property was seized    date of seizure    description and value of property

**None**

    **5.** <u>**Repossessions, foreclosures and returns**</u>   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

Name and address of creditor or seller|date|description, value of property
North Shore Bank            c. 6/1/10    Polar Craft Boat
15700 W. Bluemound Rd.
Brookfield, WI  53005

    **6.a.** <u>**Assignments and receiverships**</u>   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
Name and address of assignee    date of assignment    terms of assignment or settlement

**None**

    **6.b.**   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.
Name and address of custodian|Name and location of court case title & number|date of order|description and value of property

**None**

    **7.** <u>**Gifts**</u>   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.
Name and address of person or organization    relationship to debtor, if any    date of gift    description and value of gift

**None**

**Petitioners: Delbert William Karns, Ruth A. Karns    Case No. \_\_\_\_**

    **8. Losses** List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.

Description and value of property    description of circumstances and, if loss    date of loss
                                     was covered by insurance, give particulars

**None**

    **9. Payments related to debt counseling or bankruptcy** List all payments made or property transferred by or on behalf of the debtors to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

Name and address of payee|date of payment|name of payor if other than debtor|amount or description and value of property

**To Doran Law Offices, as shown by disclosure of fees on file, which is incorporated by reference**

    **10.a. Other transfers** List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.

Name and address of transferee, relationship to debtor   date   describe property transferred and value received

**None**

    **10.b.** List all property transferred within 10 years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary

**None**

    **11. Closed financial accounts** List all financial accounts and instruments held in the name of the debtors or for the benefit of the debtors which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.

Name and address of institution|type and number of account and amount of final balance|amount and date of sale or closing

**None**

    **12. Safe deposit boxes** List each safe deposit or other box or depository in which the debtors have or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.

Name address of bank    names and addresses of those         description of contents    date of transfer or
or other depository     with access to box or depository                                surrender, if any

**None**

**Petitioners: Delbert William Karns, Ruth A. Karns    Case No. \_\_\_\_**

    **13. Setoffs** List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtors within 90 days preceding the commencement of this case.

Name and address of creditor    date of setoff    amount of setoff

**None**

    **14. Property held for another person** List all property owned by another person that the debtors hold or control.
Name and address of owner    description and value of property    location of property

**None**

    **15. Prior address of debtor** If the debtors have moved within the two years immediately preceding the commencement of this case, list all premises which the debtors occupied during that period and vacated prior to the commencement of this case.

Address    name used    dates of occupancy

**None**

    **16. Spouses and Former Spouses** Identify the name of any debtor's spouse and of any former spouse who has resided with any debtor in Wisconsin or another community/marital property state in the last eight years.

None, other than joint petitioners.

    17. Environmental Information
        a. Sites for which governmental notice of possible liability has been received: None
        b. Sites for which hazardous material report has been given: None
        c. Judicial or administrative proceedings under environmental law: None

**Petitioners: Delbert William Karns, Ruth A. Karns    Case No. _____**

    **18.-25.** Petitioner is not a corporation or partnership, and has not in the last six years been an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed professional.

    We declare under penalty of perjury that we have read the answers contained in the foregoing statement of financial affairs, Schedules A through J and any attachment thereto and that they are true and correct.

September 23, 2010    _/s/ D. Will Karns_____
                             Delbert William Karns

September 23, 2010    _/s/ Ruth A. Karns_____
                             Ruth A. Karns

---

**DISCLOSURE OF COMPENSATION PAID OR PROMISED TO THE ATTORNEY FOR THE DEBTOR**

    Pursuant to 11 U.S.C. 329, the undersigned attorney states that the total compensation paid or promised to him for services rendered or to be rendered in connection with this case is as follows.

1. Paid before the filing of the petition . . .7/31/10. . $     626.00

2. Promised to be paid after the filing of the petition. . $   1,174.00

3. Total fee paid and promised . . . . . . . . . . . . . . $   1,800.00

    Subject to modification if additional services are rendered.
    The source of the compensation is the petitioners unless otherwise indicated. I have not shared or agreed to share any part of such compensation with any person or entity other members or regular associates of my law firm.

                                      /s/Kenneth J. Doran_____
                                      Kenneth J. Doran